

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00646-CV

Ruiqin **MAYFIELD**,
Appellant

v.

Kimi Ly **ROSE**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2025-CV-05914
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is **DISMISSED FOR WANT OF PROSECUTION**. Costs are assessed against appellant.

SIGNED December 23, 2025.

_____
Velia J. Meza, Justice